Todd F. Jackson (SBN 202598)
Catha Worthman (SBN 230399)
Jeffrey Lewis (SBN 66587)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: tjackson@lewisfeinberg.com
cworthman@lewisfeinberg.com
jlewis@lewisfeinberg.com

*Attorneys for Plaintiffs and Proposed Class*
(Additional Counsel on Signature Page)

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Madison Ave., Suite 400
Morristown, NJ 07690
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
Email: dominick.capozzola@ogletreedeakins.com

Carolyn B. Hall (SBN No. 212311)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870
Email: carolyn.hall@ogletreedeakins.com

*Attorneys for Defendant SimplexGrinnell LP*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DANA R. RENDAHL, DARREN SCOTT, and DAVID A. BOECKING, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SIMPLEXGRINNELL LP, <br><br> Defendants. | Case No. 11-1854 PJH <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME; [~~PROPOSED~~] ORDER THEREON** |

1    Pursuant to Local Rules 5, 6.1, 6.2, and 7-12, Plaintiffs and Defendant SimplexGrinnell LP
2 hereby stipulate as follows:
3    WHEREAS, Plaintiffs filed their proposed complaint in this action on April 18, 2011;
4    WHEREAS, Defendant SimplexGrinnell LP ("Defendant") filed a motion to dismiss on
5 May 17, 2011, and noticed a hearing for August 24, 2011;
6    WHEREAS, under Fed. R. Civ. P. 15(a)(1)(B), Plaintiffs have until June 7, 2011 to amend
7 their complaint without leave;
8    WHEREAS, Plaintiffs' Opposition to the Motion to Dismiss is due under Local Rule 7-3 on
9 August 3, 2011; and
10    WHEREAS, the Parties desire to facilitate the orderly litigation of this action, to provide
11 additional time for Plaintiffs to amend their complaint and for an initial exchange of information, as
12 set forth in the accompanying Declaration of Catha Worthman;
13    It is hereby stipulated and approved by the Parties, if the Court approves, as follows:
14    (1)   Plaintiffs may have an extension of time to file their amended complaint without
15 leave under Fed. R. Civ. P. 15(a)(1)(B) until seven days before their Opposition to the Motion to
16 Dismiss is due, i.e., until July 27, 2011;
17    (2)   In exchange for the extension of time to file an amended pleading, Plaintiffs will
18 provide initial disclosures to Defendant without awaiting a request including information and
19 documents from all Plaintiffs (including but not limited to any Plaintiff to be added in the amended
20 complaint), regarding the California public work for which they allege they have not been paid
21 prevailing wages;
22    (3)   Plaintiffs will provide the above information to Defendant prior to the initial Fed. R.
23 Civ. P. 26(f) meeting among counsel, which is currently scheduled for June 30, 2011; and
24    (4)   The August 24, 2011 hearing will remain on calendar, subject to further modification
25 by request of the Parties.
26 //
27 //
28

1 | Dated: June 6, 2011

Respectfully submitted,

By: /s/ *Catha Worthman*
Todd F. Jackson (SBN 202598)
Catha Worthman (SBN 230399)
Jeffrey Lewis (SBN 66587)
LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: tjackson@lewisfeinberg.com
 cworthman@lewisfeinberg.com
 jlewis@lewisfeinberg.com

Raymond C. Fay
MEHRI & SKALET PLLC
1250 Connecticut Avenue, NW Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
Email: rfay@findjustice.com

Bruce E. Menken
BERANBAUM MENKEN LLP
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone: (212) 509-1616
Facsimile: (212) 509-8088
Email: bmenken@nyemployeelaw.com
 jrozger@nyemployeelaw.com

*Attorneys for Plaintiffs and Proposed Class*

Dated: June 6, 2011

By: /s/
Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
10 Madison Ave., Suite 400
Morristown, NJ 07690
Telephone:   (973) 656-1600
Facsimile:   (973) 656-1611
dominick.capozzola@ogletreedeakins.com

Dated: June 6, 2011                              By:    _____/s/_____
                                                        Carolyn B. Hall (SBN No. 212311)
                                                        OGLETREE, DEAKINS, NASH, SMOAK &
                                                        STEWART, P.C.
                                                        Steuart Tower, Suite 1300
                                                        One Market Plaza
                                                        San Francisco, CA 94105
                                                        Telephone:    (415) 442-4810
                                                        Facsimile:    (415) 442-4870
                                                        carolyn.hall@ogletreedeakins.com

                                                        *Attorneys for Defendant SimplexGrinnell LP*

[~~PROPOSED~~] ORDER

   Pursuant to Stipulation of the Parties, IT IS SO ORDERED.

Dated:          6/7/11                                  _____
                                                        Hon. Phyllis Hamilton
                                                        United States District Judge
                                                        Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

June 6, 2011                           By:      /s/ *Catha Worthman*

                                        LEWIS, FEINBERG, LEE, RENAKER &
                                        JACKSON, P.C.
                                        *Attorneys for Plaintiffs*