Todd F. Jackson (SBN 202598)
Catha Worthman (SBN 230399)
Nina Wasow (SBN 242047)
Jeffrey Lewis (SBN 66587)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA  94607
Telephone:  (510) 839-6824
Facsimile:   (510) 839-7839
Email: tjackson@lewisfeinberg.com
       cworthman@lewisfeinberg.com
       nwasow@lewisfeinberg.com
       jlewis@lewisfeinberg.com
*Attorneys for Plaintiffs and Proposed Class*
(Additional Counsel on Signature Page)

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Madison Ave., Suite 400
Morristown, NJ 07690
Telephone:    (973) 656-1600
Facsimile:    (973) 656-1611
Email: dominick.capozzola@ogletreedeakins.com
*Attorneys for Defendant SimplexGrinnell LP*
(Additional Counsel on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DANA R. RENDAHL, and DARREN SCOTT, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>SIMPLEXGRINNELL LP,<br><br>           Defendants. | Case No. 11-1854 PJH<br><br>**STIPULATED REQUEST FOR REVISED SCHEDULING ORDER** |

1  Pursuant to Local Rules 6.1, 6.2, and 7-12, Plaintiffs and Defendant SimplexGrinnell LP
2  hereby stipulate as follows:
3  WHEREAS, Plaintiffs filed their First Amended Complaint on July 27, 2011 (ECF No. 35);
4  WHEREAS, the Court entered a scheduling order on July 28, 2011 (ECF No. 38), with the
5  following schedule:

| | |
|---|---|
| Discovery Cutoff: | 3/30/12 |
| Expert Disclosure: | 3/30/12 |
| Plaintiff Expert Reports: | 4/20/12 |
| Defendant Expert Reports: | 5/11/12 |
| Expert Discovery Cutoff: | 5/30/12 |
| Deadline to file Class Certification and Dispositive Motions: | 7/18/12 |

WHEREAS, the Court granted Plaintiffs' Motion for Temporary Stay of Discovery and for Protective Order on November 8, 2011 (ECF No. 48);

WHEREAS, the Court denied in part and granted in part Defendant's Motion to Dismiss on December 7, 2011 (ECF No. 50);

WHEREAS, Defendant's Answer was filed on December 21, 2011 (ECF No. 51);

WHEREAS, the Parties have met and conferred to discuss a schedule that will provide sufficient time for fact and expert discovery;

It is hereby stipulated and agreed by the Parties, if the Court approves, as follows:

(1) All pending deadlines shall be extended three months, as follows:

| | |
|---|---|
| Discovery Cutoff: | 6/29/12 |
| Expert Disclosure: | 6/29/12 |
| Plaintiff Expert Reports: | 7/20/12 |
| Defendant Expert Reports: | 8/10/12 |
| Expert Discovery Cutoff: | 8/31/12 |
| Deadline to file Class Certification and Dispositive Motions: | 10/17/12 |

1    (2) Plaintiffs shall have until January 24, 2012 to answer Defendant's pending discovery;

2    (3) Defendant shall have until February 7, 2012 to answer Plaintiffs' pending discovery.

Dated: January 13, 2012                                Respectfully submitted,


                                              By:      /s/ *Catha Worthman*
                                                       Todd F. Jackson (SBN 202598)
                                                       Catha Worthman (SBN 230399)
                                                       Nina Wasow (SBN 242047)
                                                       Jeffrey Lewis (SBN 66587)
                                                       LEWIS, FEINBERG, LEE, RENAKER &
                                                       JACKSON, P.C.
                                                       476 9th Street
                                                       Oakland, CA 94607
                                                       Telephone: (510) 839-6824
                                                       Facsimile: (510) 839-7839
                                                       Email: tjackson@lewisfeinberg.com
                                                              cworthman@lewisfeinberg.com
                                                              nwasow@lewisfeinberg.com
                                                              jlewis@lewisfeinberg.com

                                                       Raymond C. Fay
                                                       Karla Gilbride (SBN 264118)
                                                       MEHRI & SKALET PLLC
                                                       1250 Connecticut Avenue, NW Suite 300
                                                       Washington, DC 20036
                                                       Telephone: (202) 822-5100
                                                       Facsimile: (202) 822-4997
                                                       Email: rfay@findjustice.com
                                                              kgilbridge@findjustice.com

                                                       Bruce E. Menken
                                                       Jason Rozger
                                                       BERANBAUM MENKEN LLP
                                                       80 Pine Street, 33rd Floor
                                                       New York, NY 10005
                                                       Telephone: (212) 509-1616
                                                       Facsimile: (212) 509-8088
                                                       Email: bmenken@nyemployeelaw.com
                                                              jrozger@nyemployeelaw.com

                                                       *Attorneys for Plaintiffs and Proposed Class*

January 13, 2012                    By:  _____/s/_____

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
10 Madison Ave., Suite 400
Morristown, NJ 07690
Telephone:    (973) 656-1600
Facsimile:    (973) 656-1611
dominick.capozzola@ogletreedeakins.com

Carolyn B. Hall (SBN No. 212311)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    (415) 442-4810
Facsimile:    (415) 442-4870
carolyn.hall@ogletreedeakins.com

*Attorneys for Defendant SimplexGrinnell LP*

[~~PROPOSED~~] ORDER

Pursuant to Stipulation of the Parties, IT IS SO ORDERED.

Dated:     1/23/12                    _____
                                      Hon. Phyllis Hamilton
                                      United States District Court
                                      Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

# ATTESTATION

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

January 13, 2012             By:      /s/ *Catha Worthman*

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
*Attorneys for Plaintiffs*