United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON C. BENNETT, et al.,

    Plaintiffs,

    v.

SIMPLEXGRINNELL LP,

    Defendant.
_____/

No. C 11-1854 PJH

**ORDER DENYING REQUEST FOR JUDICIAL NOTICE**

In support of its motion for judgment on the pleadings, defendant SimplexGrinnell LP ("defendant") concurrently filed a request for judicial notice. Because the court did not consider or rely on the materials submitted, the request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 14, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge