1  Laura L. Ho, CA Bar No. 173179
   lho@gbdhlegal.com
2  James Kan, CA Bar No. 240749
   jkan@gbdhlegal.com
3  GOLDSTEIN, BORGEN, DARDARIAN & HO
   300 Lakeside Drive, Suite 1000
4  Oakland, CA 94612
   Telephone:   510.763.9800
5  Facsimile:   510.835.1417
   *Attorneys for Plaintiffs and Proposed Class*
6  (Additional Counsel on Signature Page)

7  Dominick C. Capozzola (SBN 217381)
   OGLETREE, DEAKINS, NASH, SMOAK &
8  STEWART, P.C.
   10 Madison Ave., Suite 400
9  Morristown, NJ 07690
   Telephone:   (973) 656-1600
10 Facsimile:   (973) 656-1611
   Email:       dominick.capozzola@ogletreedeakins.com
11 *Attorneys for Defendant SimplexGrinnell LP*
   (Additional Counsel on Signature Page)
12

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DARREN SCOTT, and JON HOTZLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLEXGRINNELL, LP,<br><br>Defendant. | Case No. 11-1854 JST (NJV)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DATES, MODIFICATION OF SCHEDULING ORDER, AND RESOLUTION OF DISCOVERY MOTION**<br><br>Complaint Filed:       April 18, 2011<br>First Amended<br>   Complaint Filed:    June 27, 2011<br>Second Amended<br>   Complaint Filed:    June 26, 2012<br>Trial Date:           None Set<br>Judge:                Honorable Jon S. Tigar |

1  WHEREAS, Plaintiffs on March 19, 2013, have filed a motion to compel discovery with regard to certain types of electronic data maintained in Defendant's business records;

2  WHEREAS, the Parties are concerned that significant time will be consumed if the matter is resolved in litigation, and will impact the pretrial schedule;

3  And WHEREAS the Parties have met and conferred concerning a resolution of Plaintiffs' motion without further intervention of the Court and have reached an agreement between them to resolve the matter, including the establishment of new scheduling dates to accommodate the production and to adjust the dates for expert disclosures and mediation;

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiffs' motion seeks the production of three types of data, as set forth in more detail in the motion and in the underlying discovery requests:

   a. All employee data from the ACE, JobCost, and Time Entry databases, except for federal project data.

   b. All electronically available copies of inspection reports;

   c. All electronic copies of employee timesheets.

2. Defendant, within 30 days of the entry of the Order approving this stipulation and after a reasonable search and diligent inquiry, will produce the available employee project and time entry data, subject to limited exceptions provided here regarding Restricted Information, will produce the electronically available copies of inspection reports, and will produce certain employee timesheets maintained in electronic form as set forth in more detail here.

3. Defendant represents that certain employee project data are subject to specific contractual or privacy restrictions, for customers in the banking and gaming sectors ("Restricted Information"). Within 14 days of the entry of the Order approving this stipulation, Defendant will provide to Plaintiffs' attorneys, for their eyes only, a list of the customers and project names for the projects containing Restricted Information. The parties will then meet and confer promptly to narrow or resolve any remaining disputes regarding the production of employee project data containing Restricted Information, and will use their best efforts to resolve the matter without further intervention by the Court. To the extent that the matter cannot be resolved informally,

Plaintiffs may reinstate their motion to compel with regard to the unresolved portion of the dispute. The identity of the customer may be used in court filings under seal in the motion.

4. The Protective Order will be revised to reflect the additional protections contained in this Stipulation and Order.

5. Not subject to Plaintiffs' pending motion to compel is plaintiffs' discovery request for paper copies of employee timesheets maintained in Defendant's district offices in California. Plaintiffs seek the production of the paper timesheets in a manner that will not impede the schedule in this Stipulation and Order. Accordingly, as soon as possible after the entry of this order, Defendant will provide access to its district offices in California for the copying of employee timesheets in paper form.

6. Defendant has advised Plaintiffs that certain employee paper timesheets in the relevant period may be unavailable, due to office moves (specifically the move and consolidation of the Orange County and Glendale office with the Greater Los Angeles office). In those instances, and in other instances where paper timesheets are unavailable, Defendant will produce timesheets in electronic form that are available upon reasonable search and diligent inquiry. Otherwise, further production of employee timesheets in electronic form is not required.

7. In consideration of the matters in this Stipulation and Order, Plaintiffs' motion to compel discovery is withdrawn.

8. In consideration of the significant expenditure of resources expected to be required to implement this Stipulation and Order, and upon good cause shown, the Court ORDERS that all pending deadlines shall be extended as follows:

| | |
|---|---|
| Discovery Cutoff: | June 28, 2013 |
| Mediation Deadline: | August 29, 2013 |
| Expert Disclosure: | June 28, 2013 |
| Plaintiffs' Expert Reports: | July 29, 2013 |
| Defendant's Expert Reports: | August 19, 2013 |
| Expert Discovery Cutoff: | September 19, 2013 |

1  Deadline to File Class Certification
   And Dispositive Motions:                    October 17, 2013
2

3

4  Dated: April 11, 2013                       Respectfully submitted,

5                                              By: */s/ Karla Gilbride*

6                                                  Raymond C. Fay
                                                   Karla Gilbride (SBN 264118)
7                                                  MEHRI & SKALET PLLC
                                                   1250 Connecticut Avenue, NW Suite 300
8                                                  Washington, DC 20036
                                                   Telephone: (202) 822-5100
9                                                  Facsimile: (202) 822-4997
                                                   Email:   rfay@findjustice.com
10                                                          kgilbride@findjustice.com

11                                                 Bruce E. Menken
                                                   Jason Rozger
12                                                 BERANBAUM MENKEN LLP
                                                   80 Pine Street, 33rd Floor
13                                                 New York, NY 10005
                                                   Telephone: (212) 509-1616
14                                                 Facsimile: (212) 509-8088
                                                   Email:   bmenken@nyemployeelaw.com
15                                                          jrozger@nyemployeelaw.com

16                                                 *Attorneys for Plaintiffs and Proposed Class*

17

18
   Dated: April 11, 2013
19                                             By: */s/ Carolyn B. Hall*
                                                   Dominick Capozzola (SBN 217381)
20                                                 Carolyn B. Hall (SBN 212311)
                                                   Jocelyn A. Merced, *Pro Hac Vice*
21                                                 OGLETREE, DEAKINS, NASH,
                                                     SMOAK & STEWART, P.C.
22                                                 Steuart Tower, Suite 1300
                                                   One Market Plaza
23                                                 San Francisco, CA 94105
                                                   Telephone:     (415) 442-4810
24                                                 Facsimile:     (415) 442-4870
                                                   Email: dominick.capozzola@ogletreedeakis.com
25                                                        carolyn.hall@ogletreedeakins.com
                                                          jocelyn.merced@ogletreedeakins.com
26
                                                   *Attorneys for Defendant SimplexGrinnell LP*
27

28

                                                3                     Case No. 11-1854 JST (NJV)
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DATES, MODIFICATION OF SCHEDULING
                 ORDER, AND RESOLUTION OF DISCOVERY MOTION

|   |   |   |
|---|---|---|
| 1 | | **ATTESTATION** |
| 2 | Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories. | |
| 3 | | |
| 4 | | |
| 5 | Dated: April 11, 2013 | By: */s/ Karla Gilbride* |
| 6 | | MEHRI & SKALET PLLC |
| 7 | | Attorneys for Plaintiffs |

4     Case No. 11-1854 JST (NJV)

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DATES, MODIFICATION OF SCHEDULING ORDER, AND RESOLUTION OF DISCOVERY MOTION

1                                                **[PROPOSED] ORDER**

2         Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS SO

3 ORDERED.

5 DATED: April 12, 2013                          _____

                                                                             Honorable Jon S. Tigar

6                                                                               United States District Court Judge