UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON C. BENNETT, et al.,<br>Plaintiffs,<br>v.<br>SIMPLEXGRINNELL LP,<br>Defendant. | Case No. 11-cv-01854-JST (NJV)<br><br>**ORDER RE DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 109 |

The matter has been referred to the undersigned. *See* Doc. No. 110. The parties will appear for a telephonic hearing on June 4, 2013 at 10:00 a.m. by dialing 1-888-684-8852 and entering 1868782# as the access code. The parties shall address the following issues at the hearing:

1. Given SimplexGrinnell's repeated representations that it will not rely on the advice of counsel defense, do Plaintiffs still contend that they are entitled to take the deposition of Denis Cook and to documents covered by the attorney-client privilege? On what ground(s)?
2. Has SimplexGrinnell produced the documents promised in the April 12, 2013 stipulation? If not, when does it expect to do so?
3. What is the relevance of the document requests seeking information regarding the percentage or amount of revenue earned by SimplexGrinnell in California?
4. What is SimplexGrinnell's position regarding Plaintiffs' offer to supplement Interrogatory No. 1 with respect to plaintiffs Bennett, Delaney and Scott?
5. Have the parties resolved their issues with respect to the Robinson and Scott discovery? If Plaintiffs have not yet done so, when do they anticipate responding?

6. How many RFAs have Plaintiffs not unqualifiedly admitted?

The parties may, but are not required to, file 2-page letter briefs addressing the questions above in advance of the hearing.

**IT IS SO ORDERED**.

Dated: May 28, 2013


_____
NANDOR J. VADAS
United States Magistrate Judge

2