1  Laura L. Ho, CA Bar No. 173179
   lho@gbdhlegal.com
2  James Kan, CA Bar No. 240749
   jkan@gbdhlegal.com
3  GOLDSTEIN, BORGEN, DARDARIAN & HO
   300 Lakeside Drive, Suite 1000
4  Oakland, CA  94612
   Telephone:    510.763.9800
5  Facsimile:    510.835.1417
   *Attorneys for Plaintiffs and Proposed Class*
6  (Additional Counsel on Signature Page)

7  Dominick C. Capozzola (SBN 217381)
   OGLETREE, DEAKINS, NASH, SMOAK &
8  STEWART, P.C.
   10 Madison Ave., Suite 400
9  Morristown, NJ 07690
   Telephone:    (973) 656-1600
10 Facsimile:    (973) 656-1611
   Email:        dominick.capozzola@ogletreedeakins.com
11 *Attorneys for Defendant SimplexGrinnell LP*
   (Additional Counsel on Signature Page)
12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                         **SAN FRANCISCO DIVISION**

16  DON C. BENNETT, COMERLIS                      Case No. 11-1854 JST (NJV)
    DELANEY, GARY ROBINSON, DARREN
17  SCOTT, JON HOTZLER, and PATRICK              **STIPULATION AND [PROPOSED] ORDER
    NICASSIO, on behalf of themselves and all    FOR EXTENSION OF DEADLINE TO
18  others similarly situated,                   RESPOND TO COMPLAINT**

19              Plaintiffs,
                                                 Complaint Filed:     April 18, 2011
20         v.                                    First Amended
                                                    Complaint Filed:  June 27, 2011
21  SIMPLEXGRINNELL, LP,                         Second Amended
                                                    Complaint Filed:  June 26, 2012
22              Defendant.                       Third Amended
                                                    Complaint Filed:  July 17, 2013
23
                                                 Trial Date:          None Set
24                                               Judge:               Honorable Jon S. Tigar

25

26

27

28

Case No. 11-1854 JST (NJV)
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1 WHEREAS, on July 17, 2013, Plaintiffs filed the Third Amended Complaint;

2 WHEREAS, due to vacation schedules and other considerations, SimplexGrinnell is unable
3 to respond to the Complaint by the July 31, 2013 deadline established by the Federal Rules of Civil
4 Procedure;

5 And WHEREAS the Parties have met and conferred, and Plaintiffs have consented to an
6 extension of SimplexGrinnell's deadline to Monday, August 5, 2013;

7 IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

8 1. Upon the approval of the Court, SimplexGrinnell's deadline to respond to the Third
9 Amended Complaint, filed on July 17, 2013, shall be August 5, 2013.

10

11 Dated: July 31, 2013                     Respectfully submitted,

12                                          By: */s/ Bruce Menken*

13                                              Raymond C. Fay
                                                Karla Gilbride (SBN 264118)
14                                              MEHRI & SKALET PLLC
                                                1250 Connecticut Avenue, NW Suite 300
15                                              Washington, DC 20036
                                                Telephone: (202) 822-5100
16                                              Facsimile: (202) 822-4997
                                                Email:   rfay@findjustice.com
17                                                       kgilbride@findjustice.com

18                                              Bruce E. Menken
                                                Jason Rozger
19                                              BERANBAUM MENKEN LLP
                                                80 Pine Street, 33rd Floor
20                                              New York, NY 10005
                                                Telephone: (212) 509-1616
21                                              Facsimile: (212) 509-8088
                                                Email:   bmenken@nyemployeelaw.com
22                                                       jrozger@nyemployeelaw.com

23                                              *Attorneys for Plaintiffs and Proposed Class*

24

25

26

27

28

Dated: July 31, 2013

By: /s/ Dominick Capozzola
Dominick Capozzola (SBN 217381)
Carolyn B. Hall (SBN 212311)
Jocelyn A. Merced, *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    (415) 442-4810
Facsimile:    (415) 442-4870
Email:dominick.capozzola@ogletreedeakins.com
        carolyn.hall@ogletreedeakins.com
        jocelyn.merced@ogletreedeakins.com

*Attorneys for Defendant SimplexGrinnell LP*

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  July 31, 2013                By: */s/ Dominick Capozzola*
                                         Dominick C. Capozzola
                                         OGLETREE, DEAKINS, NASH,
                                           SMOAK & STEWART, P.C.
                                         Attorneys for Defendant

**[PROPOSED]** **ORDER**

Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: __July 31, 2013__          _____
                                  Honorable Jon S. Tigar
                                  United States District Court Judge

15591878.1