Laura L. Ho, CA Bar No. 173179
lho@gbdhlegal.com
James Kan, CA Bar No. 240749
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:     510.763.9800
Facsimile:      510.835.1417
*Attorneys for Plaintiffs and Proposed Class*
(Additional Counsel on Signature Page)

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
10 Madison Ave., Suite 400
Morristown, NJ 07690
Telephone:     (973) 656-1600
Facsimile:      (973) 656-1611
Email:             dominick.capozzola@ogletreedeakins.com
*Attorneys for Defendant SimplexGrinnell LP*

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DARREN SCOTT, JON HOTZLER, and PATRICK NICASSIO, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SIMPLEXGRINNELL, LP,<br><br>　　　　　Defendant. | Case No. 11-1854 JST (NJV)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:          April 18, 2011<br>First Amended<br>　Complaint Filed:      June 27, 2011<br>Second Amended<br>　Complaint Filed:      June 26, 2012<br>Third Amended<br>　Complaint Filed:      July 17, 2013<br><br>Trial Date:                    None Set<br>Judge:                          Honorable Jon S. Tigar |

WHEREAS Plaintiffs served their expert disclosure on August 28, 2013 and designated Douglas Nareau, Esq. as one of their experts.  Mr. Nareau had not been previously disclosed as a fact witness;

WHEREAS, on the same date that Plaintiffs disclosed Mr. Nareau as an expert witness, Plaintiffs filed a Motion for Partial Summary Judgment.  In support of Plaintiffs' Motion, Plaintiffs relied upon a declaration submitted by Mr. Nareau.  Plaintiffs also intend to provide an expert report from Mr. Nareau on September 30, 2013;

WHEREAS under the present schedule, Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment is due on September 11, 2013.  However, Defendant has not had the opportunity to conduct any discovery related to Mr. Nareau, and thus it is unable to provide any deposition testimony from Mr. Nareau in response to the opinion testimony he has provided in his Declaration;

WHEREAS Defendant has informed Plaintiffs that it wishes to take Mr. Nareau's deposition, so that it may either respond to the statements contained in his declaration or seek other appropriate relief;

WHEREAS the Parties have met and conferred about this issue, the Parties agree that it is not desirable for Mr. Nareau to be deposed both before and after he provides his expert report. Consequently, Plaintiffs have consented to an extension of SimplexGrinnell's deadline to file its opposition to Plaintiffs' Motion for Partial Summary Judgment until after it takes the deposition of Mr. Nareau; and

WHEREAS the pretrial schedule issued by this Court on June 27, 2013 did not include a deadline for dispositive motions, such as SimplexGrinnell's Motion for Summary Judgment;

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. Upon the approval of the Court, SimplexGrinnell's deadline to oppose Plaintiffs' Motion for Partial Summary Judgment shall be November 7, 2013; and

2. The hearing date for Plaintiffs' Partial Motion for Summary Judgment shall be Thursday, December 5, 2013, ~~or such other date as the Court deems just~~.

3. The deadline for expert disclosures and all other pretrial deadlines set forth in the

1  Court's June 27, 2013 Scheduling Order shall remain unaffected.

2      4.    The deadline for filing dispositive motions in this case is December 17, 2013.

Dated: September 4, 2013        Respectfully submitted,

        By: */s/ Bruce Menken*

        Raymond C. Fay
        Karla Gilbride (SBN 264118)
        MEHRI & SKALET PLLC
        1250 Connecticut Avenue, NW Suite 300
        Washington, DC 20036
        Telephone: (202) 822-5100
        Facsimile: (202) 822-4997
        Email:   rfay@findjustice.com
                    kgilbride@findjustice.com

        Bruce E. Menken
        Jason Rozger
        BERANBAUM MENKEN LLP
        80 Pine Street, 33rd Floor
        New York, NY 10005
        Telephone: (212) 509-1616
        Facsimile: (212) 509-8088
        Email:   bmenken@nyemployeelaw.com
                    jrozger@nyemployeelaw.com

        *Attorneys for Plaintiffs and Proposed Class*

Dated: September 4, 2013

        By: */s/ Dominick Capozzola*
        Dominick Capozzola (SBN 217381)
        Robert R. Roginson (SBN 185286)
        Carolyn B. Hall (SBN 212311)
        Jocelyn A. Merced, *Pro Hac Vice*
        OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.
        Steuart Tower, Suite 1300
        One Market Plaza
        San Francisco, CA 94105
        Telephone:   (415) 442-4810
        Facsimile:   (415) 442-4870
        Email:dominick.capozzola@ogletreedeakins.com
                 robert.roginson@ogletreedeakins.com
                 carolyn.hall@ogletreedeakins.com
                 jocelyn.merced@ogletreedeakins.com

        *Attorneys for Defendant SimplexGrinnell LP*

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  September 4, 2013        By: */s/ Dominick Capozzola*
                                                          Dominick C. Capozzola
                                                          OGLETREE, DEAKINS, NASH,
                                                          SMOAK & STEWART, P.C.
                                                          *Attorneys for Defendant SimplexGrinnell LP*

1  [PROPOSED] ORDER

2  Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS SO
3  ORDERED.

4
5  DATED:   September 4, 2013
   _____
   Honorable Jon S. Tigar
6  United States District Court Judge