Laura L. Ho, CA Bar No. 173179
lho@gbdhlegal.com
James Kan, CA Bar No. 240749
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:     510.763.9800
Facsimile:      510.835.1417

*Attorneys for Plaintiffs and Proposed Class*
(Additional Counsel on Signature Page)

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Madison Ave., Suite 400
Morristown, NJ 07690
Telephone:      (973) 656-1600
Facsimile:       (973) 656-1611
Email:            dominick.capozzola@ogletreedeakins.com

*Attorneys for Defendant SimplexGrinnell LP*
(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DARREN SCOTT, JON HOTZLER, and PATRICK NICASSIO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLEXGRINNELL, LP,<br><br>Defendant. | Case No. 11-1854 JST (NJV)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE**<br><br>Complaint Filed:         April 18, 2011<br>First Amended<br>   Complaint Filed:      June 27, 2011<br>Second Amended<br>   Complaint Filed:      June 26, 2012<br>Third Amended<br>   Complaint Filed:      July 17, 2013<br><br>Trial Date:                   None Set<br>Judge:                         Honorable Jon S. Tigar |

1  Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs and Defendant SimplexGrinnell LP
2 hereby stipulate as follows:
3  WHEREAS, on June 27, 2013, the Court entered a scheduling order setting October 29,
4 2013 as the deadline for the Parties to complete participation in the Court's Mediation Program
5 (the "Mediation");
6  WHEREAS, based on the availability of the Parties and the Court-appointed Mediator, the
7 date most recently contemplated for the whole-day Mediation was October 23, 2013;
8  WHEREAS, Defendant's representative now has a conflict on October 23, 2013 and cannot
9 attend the Mediation on that date;
10  WHEREAS, Defendant's Expert Reports are due October 21, 2013;
11  WHEREAS, the Parties have met and conferred about the mutual benefits of allowing more
12 time to hold the Mediation, including affording Plaintiffs sufficient time to examine
13 SimplexGrinnell's expert reports.  Plaintiffs have consented to an extension of the deadline to
14 complete the Mediation; and
15  WHEREAS, the Parties are available to attend the Mediation on November 19, 2013 and
16 the Court-appointed Mediator has confirmed reservation of that date.
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

If the Court approves, that the deadline for the Parties to complete the Mediation is continued to November 29, 2013.

Dated: September 19, 2013                        Respectfully submitted,

By: */s/ Karla A. Gilbride*

Laura L. Ho, CA Bar No. 173179
James Kan, CA Bar No. 240749
GOLDSTEIN, BORGEN,
    DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:	510.763.9800
Facsimile:	510.835.1417
Email:	lho@gbdhlegal.com
	jkan@gbdhlegal.com

Raymond C. Fay
Karla A. Gilbride (SBN 264118)
MEHRI & SKALET PLLC
1250 Connecticut Avenue, NW Suite 300
Washington, DC 20036
Telephone:	(202) 822-5100
Facsimile:	(202) 822-4997
Email:	rfay@findjustice.com
	kgilbride@findjustice.com

Bruce E. Menken
Jason Rozger
BERANBAUM MENKEN LLP
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone:	(212) 509-1616
Facsimile:	(212) 509-8088
Email:	bmenken@nyemployeelaw.com
	jrozger@nyemployeelaw.com

*Attorneys for Plaintiffs and Proposed Class*

| | |
|---|---|
| Dated: September 19, 2013 | By: */s/ Carolyn B. Hall*<br>Dominick Capozzola (SBN 217381)<br>Robert R. Roginson (SBN 185286)<br>Carolyn B. Hall (SBN 212311)<br>Jocelyn A. Merced, *Pro Hac Vice*<br>OGLETREE, DEAKINS, NASH,<br>   SMOAK & STEWART, P.C.<br>Steuart Tower, Suite 1300<br>One Market Plaza<br>San Francisco, CA 94105<br>Telephone:     (415) 442-4810<br>Facsimile:       (415) 442-4870<br>Email:dominick.capozzola@ogletreedeakins.com<br>         robert.roginson@ogletreedeakins.com<br>         carolyn.hall@ogletreedeakins.com<br>         jocelyn.merced@ogletreedeakins.com<br><br>*Attorneys for Defendant SimplexGrinnell LP* |

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  September 19, 2013        By: */s/ Carolyn B. Hall*
                                      Carolyn B. Hall
                                      OGLETREE, DEAKINS, NASH,
                                      SMOAK & STEWART, P.C.
                                      *Attorneys for Defendant SimplexGrinnell LP*

1                                 [PROPOSED] ORDER

2            PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 DATED:  September 20, 2013         _____

                                                     Honorable Jon S. Tigar

5                                                   United States District Court Judge