UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON C. BENNETT, et al.,

    Plaintiffs,

v.

SIMPLEXGRINNELL LP,

    Defendant.

Case No. 11-cv-01854-JST

**ORDER VACATING HEARING**

Re: ECF No. 129

    A hearing on SimplexGrinnell's motion to dismiss is scheduled for October 3, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

    **IT IS SO ORDERED.**

Dated: September 23, 2013

_____
JON S. TIGAR
United States District Judge