Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
James Kan (SBN 240749)
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Attorneys for Plaintiffs
*Additional counsel listed on signature page*

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
10 Madison Ave., Ste. 400
Morristown, NJ  07690
Tel:   (973) 656-1600
Fax:   (973) 656-1611
Email: Dominick.capozzola@ogletreedeakins.com

Attorneys for Defendant
*Additional Counsel listed on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DARREN SCOTT, and JON HOTZLER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>SIMPLEXGRINNELL LP,<br><br>      Defendant. | Case No.: 11-1854 JST (NJV)<br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF PLAINTIFFS' EXPERT REPORT DEADLINE**<br><br>Hon. Jon S. Tigar |

495200.6

1    WHEREAS Plaintiffs' damages expert report disclosure deadline is September 30, 2013, and

2  Defendant's deadline to produce a rebuttal report is October 21, 2013;

3    WHEREAS Plaintiffs recently discovered that Defendant's produced payroll data may be

4  missing complete payroll data for dozens of current and former employees;

5    WHEREAS Plaintiffs and their designated expert, Robert Fountain, cannot calculate a

6  complete damages analysis by the September 30, 2013 disclosure deadline if they are missing this

7  payroll data;

8    WHEREAS Defendant is investigating to confirm whether it did not produce this payroll data

9  to Plaintiffs, but recognizes that it may have inadvertently failed to produce this data;

10   WHEREAS if Defendant determines that it inadvertently did not produce responsive data,

11  Defendant has agreed to supplement the data in a timely manner;

12   WHEREAS the parties have met and conferred on this issue and agree that it is in the interests

13  of fairness, efficiency, and economy to extend Plaintiffs' damages expert report deadline so that it can

14  incorporate any data that should have been produced previously.  As a result, Defendant has consented

15  to an extension of Plaintiffs' deadline to produce their damages expert report beyond the current

16  September 30, 2013 deadline, Plaintiffs have consented to a mutual extension of Defendant's deadline

17  to produce its rebuttal expert damages report, and the parties have agreed to extend Plaintiffs' expert

18  discovery deadline related to Defendant's rebuttal damages expert report;

19   WHEREAS the Plaintiffs' pending motion to extend their expert report deadline until after the

20  disposition of their pending motion to compel, said motion to compel having a return date of October

21  15, 2013, is unaffected by this stipulation;

22   WHEREAS this extension only applies to the damages expert report to be produced by

23  Plaintiffs' designated expert Robert Fountain and SimplexGrinnell's rebuttal damages report.  It does

24  not affect Plaintiffs' expert disclosure deadline for other experts, and Plaintiffs have already served

25  Defendant with their other designated expert's, Douglas Nareau, report today.  Similarly, no extension

26  is required for any of Defendant's expert reports that do not respond to Dr. Fountain's expert damages

27  report.

28

1

CORRECTED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF PLAINTIFFS' EXPERT REPORT
DEADLINE
CASE NO. 11-11854 JST (NJV)

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1.      Upon approval of the Court, Plaintiffs' deadline to produce the damages expert report from designated expert witness Robert Fountain is extended to October 15, 2013;

2.      Defendant will supplement its data production by October 8, 2013.  If Defendant cannot complete this production by this deadline, the parties will jointly approach the Court to extend Plaintiffs' damages expert report deadline by a reasonable amount to account for the delay in production.

3.      Defendant's deadline to produce its rebuttal expert damages report is extended to November 6, 2013.

4.      The parties' damages expert discovery deadline is extended to December 3, 2013.

5.      All other deadlines are unaffected by this stipulation and shall remain the same.

Dated:  September 30, 2013                  Respectfully submitted,


                                             /s/ James Kan

                                           Laura L. Ho (SBN 173179)
                                           lho@gbdhlegal.com
                                           James Kan (SBN 240749)
                                           jkan@gbdhlegal.com
                                           GOLDSTEIN, BORGEN, DARDARIAN & HO
                                           300 Lakeside Drive, Suite 1000
                                           Oakland, CA  94612
                                           Tel:    (510) 763-9800
                                           Fax:   (510) 835-1417

                                           Raymond C. Fay, *Pro Hac Vice*
                                           Karla Gilbride (SBN 264118)
                                           MEHRI & SKALET PLLC
                                           1250 Connecticut Avenue, NW Suite 300
                                           Washington, DC 20036
                                           Tel:    (202) 822-5100
                                           Fax:   (202) 822-4997
                                           Email: rfay@findjustice.com

                                           Bruce E. Menken, *Pro Hac Vice*
                                           BERANBAUM MENKEN LLP
                                           80 Pine Street, 33rd Floor
                                           New York, NY10005
                                           Tel:    (212) 509-1616
                                           Fax:   (212) 509-8088
                                           Email:  bmenken@nyemployeelaw.com
                                                  jrozger@nyemployeelaw.com

CORRECTED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF PLAINTIFFS' EXPERT REPORT DEADLINE
CASE NO. 11-11854 JST (NJV)

495200.6

1                          Attorney for Plaintiffs

2

3

4      Dated:  September 30, 2013          Respectfully submitted,

5

6                                           /s/ Dominick C. Capozzola
                                           _____

7                                          Dominick C. Capozzola (SBN 217381)
                                           OGLETREE, DEAKINS, NASH, SMOAK &
8                                          STEWART, P.C.
                                           10 Madison Ave., Ste. 400
9                                          Morristown, NJ  07690
                                           Tel:   (973) 656-1600
10                                         Fax:   (973) 656-1611
                                           Email: Dominick.capozzola@ogletreedeakins.com
11
                                           Robert R. Roginson (SBN 185286)
12                                         Carolyn B. Hall (SBN 212311)
                                           Jocelyn A. Merced, *Pro Hac Vice*
13                                         OGLETREE, DEAKINS, NASH, SMOAK &
                                           STEWART, P.C.
14                                         Steuart Tower, Suite 1300
                                           One Market Plaza
15                                         San Francisco, CA 94105
                                           Tel:   (415) 442-4810
16                                         Fax:   (415) 442-4870
                                           Email: robert.roginson@ogletreedeakins.com
17                                                 carolyn.hall@ogletreedeakins.com
                                                 Jocelyn.merced@ogletreedeakins.com
18
                                           Attorney for Defendant
19

20                                  **ATTESTATION**

21          Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has

22     been obtained from each of the other signatories.

23     Dated:  September 30, 2013          Respectfully submitted,

24

25                                           /s/ James Kan
                                           _____

26                                         James Kan
27                                         GOLDSTEIN, BORGEN, DARDARIAN & HO

28                                         Attorney for Plaintiffs

---

                                     3
CORRECTED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF PLAINTIFFS' EXPERT REPORT
                                  DEADLINE
                        CASE NO. 11-11854 JST (NJV)

1

## [PROPOSED] ORDER

2

Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS SO

3

ORDERED.

4

5

Dated: October 1, 2013

6

Honorable Jon S. Tigar
United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORRECTED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF PLAINTIFFS' EXPERT REPORT
DEADLINE
CASE NO. 11-11854 JST (NJV)

495200.6