Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
James Kan (SBN 240749)
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Attorneys for Plaintiffs
*Additional counsel listed on signature page*

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Madison Ave., Ste. 400
Morristown, NJ  07690
Tel:   (973) 656-1600
Fax:   (973) 656-1611
Email: Dominick.capozzola@ogletreedeakins.com

Attorneys for Defendant
*Additional Counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DARREN SCOTT, and JON HOTZLER, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>vs.<br><br>SIMPLEXGRINNELL LP,<br><br>          Defendant. | Case No.: 11-1854 JST (NJV)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL EXTENSION OF PLAINTIFFS' EXPERT REPORT DEADLINE**<br><br>Hon. Jon S. Tigar |

PLAINTIFFS AND DEFENDANT, BY COUNSEL, STIPULATE AND AGREE AS FOLLOWS:

1. The report of plaintiffs' proposed expert witness Robert Fountain is due today, October 15, 2013. The parties stipulate to, and ask the Court to order, a one day extension, to October 16, 2013, for plaintiffs to serve Dr. Fountain's report.

2. The parties agree to confer further on October 16, 2013 regarding Dr. Fountain's report, and one or both of them may seek appropriate guidance from the Court as a result of those discussions.

Dated: October 15, 2013                    Respectfully submitted,


        /s/ James Kan
Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
James Kan (SBN 240749)
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Raymond C. Fay, Pro Hac Vice
Karla Gilbride (SBN 264118)
MEHRI & SKALET PLLC
1250 Connecticut Avenue, NW Suite 300
Washington, DC 20036
Tel:   (202) 822-5100
Fax:   (202) 822-4997
Email: rfay@findjustice.com

Bruce E. Menken, Pro Hac Vice
BERANBAUM MENKEN LLP
80 Pine Street, 33rd Floor
New York, NY10005
Tel:   (212) 509-1616
Fax:   (212) 509-8088
Email:bmenken@nyemployeelaw.com
       jrozger@nyemployeelaw.com

Attorneys for Plaintiffs

1

STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL EXTENSION OF PLAINTIFFS' EXPERT REPORT DEADLINE
CASE NO. 11-11854 JST (NJV)

497004.2

| | |
|---|---|
| Dated:  October 15, 2013 | Respectfully submitted, |

      /s/ Dominick C. Capozzola
Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Madison Ave., Ste. 400
Morristown, NJ  07690
Tel:    (973) 656-1600
Fax:   (973) 656-1611
Email: Dominick.capozzola@ogletreedeakins.com

Robert R. Roginson (SBN 185286)
Carolyn B. Hall (SBN 212311)
Jocelyn A. Merced, Pro Hac Vice
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Tel:    (415) 442-4810
Fax:   (415) 442-4870
Email: robert.roginson@ogletreedeakins.com
       carolyn.hall@ogletreedeakins.com
       jocelyn.merced@ogletreedeakins.com

Attorneys for Defendant

### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  October 15, 2013                    Respectfully submitted,

      /s/ James Kan
James Kan
GOLDSTEIN, BORGEN, DARDARIAN & HO

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: October 16, 2013

_____
Honorable Jon S. Tigar
United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL EXTENSION OF PLAINTIFFS' EXPERT REPORT DEADLINE
CASE NO. 11-11854 JST (NJV)

497004.2