Laura L. Ho, CA Bar No. 173179
lho@gbdhlegal.com
James Kan, CA Bar No. 240749
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:     510.763.9800
Facsimile:     510.835.1417
*Attorneys for Plaintiffs and Proposed Class*
(Additional Counsel on Signature Page)

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Madison Ave., Suite 400
Morristown, NJ 07690
Telephone:     (973) 656-1600
Facsimile:     (973) 656-1611
Email:              dominick.capozzola@ogletreedeakins.com
*Attorneys for Defendant SimplexGrinnell LP*
(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DARREN SCOTT, and JON HOTZLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLEXGRINNELL, LP,<br><br>Defendant. | Case No. 11-1854 JST (NJV)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS OF PATRICK NICASSIO**<br><br>Judge:           Honorable Jon S. Tigar |

Case No. 11-1854 JST (NJV)
STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL OF PATRICK NICASSIO

1  Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate that the claims of Plaintiff
2  Patrick Nicassio alleged in Plaintiffs' Third Amended Complaint shall be and are hereby dismissed
3  without prejudice.  This stipulation does not affect the claims of any person other than Patrick
4  Nicassio.

Dated: November 5, 2013              Respectfully submitted,

                                     By:  */s/ Karla Gilbride*

                                         Raymond C. Fay
                                         Karla Gilbride (SBN 264118)
                                         MEHRI & SKALET PLLC
                                         1250 Connecticut Avenue, NW Suite 300
                                         Washington, DC 20036
                                         Telephone: (202) 822-5100
                                         Facsimile: (202) 822-4997
                                         Email:    rfay@findjustice.com
                                                   kgilbride@findjustice.com

                                         Bruce E. Menken
                                         BERANBAUM MENKEN LLP
                                         80 Pine Street, 33rd Floor
                                         New York, NY 10005
                                         Telephone: (212) 509-1616
                                         Facsimile: (212) 509-8088
                                         Email:    bmenken@nyemployeelaw.com

                                         *Attorneys for Plaintiffs and Proposed Class*

Dated: November 5, 2013              By:  */s/ Carolyn B. Hall*
                                         Dominick Capozzola (SBN 217381)
                                         Carolyn B. Hall (SBN 212311)
                                         Jocelyn A. Merced, *Pro Hac Vice*
                                         OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.
                                         Steuart Tower, Suite 1300
                                         One Market Plaza
                                         San Francisco, CA 94105
                                         Telephone:       (415) 442-4810
                                         Facsimile:       (415) 442-4870
                                         Email:dominick.capozzola@ogletreedeakis.com
                                               carolyn.hall@ogletreedeakins.com
                                               jocelyn.merced@ogletreedeakins.com

                                         *Attorneys for Defendant SimplexGrinnell LP*

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  November 5, 2013                    By:  */s/ Karla Gilbride*
                                                    MEHRI & SKALET PLLC
                                                    Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED:  November 5, 2013

_____
Honorable Jon S. Tigar
United States District Court Judge