Laura L. Ho, CA Bar No. 173179
lho@gbdhlegal.com
James Kan, CA Bar No. 240749
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:    510.763.9800
Facsimile:    510.835.1417
*Attorneys for Plaintiffs and Proposed Class*
(Additional Counsel on Signature Page)

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
10 Madison Ave., Suite 400
Morristown, NJ 07690
Telephone:    (973) 656-1600
Facsimile:    (973) 656-1611
Email:         dominick.capozzola@ogletreedeakins.com
*Attorneys for Defendant SimplexGrinnell LP*
(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DARREN SCOTT, and JON HOTZLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLEXGRINNELL, LP,<br><br>Defendant. | Case No. 11-1854 JST (NJV)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF PLAINTIFFS' EXPERT REPORT DEADLINE AND CORRESPONDING SCHEDULE CHANGES**<br><br>Complaint Filed:        April 18, 2011<br>First Amended<br>   Complaint Filed:     June 27, 2011<br>Second Amended<br>   Complaint Filed:     June 26, 2012<br>Third Amended<br>   Complaint Filed:     July 17, 2013<br><br>Trial Date:              None Set<br>Judge:                   Honorable Jon S. Tigar |

1   WHEREAS, under the existing pretrial schedule, Plaintiffs' deadline to produce an expert
2   report was November 11, 2013, and the scheduled date for mediation is November 19, 2013;
3   WHEREAS, although the parties have worked diligently to meet the existing expert
4   discovery deadlines, complications in the available data have frustrated the parties'
5   efforts.  Plaintiffs recently produced a narrower list of persons for whom they required data, and
6   that has enabled SimplexGrinnell to collect and produce most of the required data.
7   WHEREAS, because Plaintiffs did not have all of the data they required, they were unable
8   to produce their report by November 11, 2013, and the parties continued to discuss an extension
9   through that date. Due to Plaintiffs' expert's pre-existing schedule conflicts and the delay in the
10  production of data, they cannot complete their expert report until November 25, 2013;
11  WHEREAS, the parties agree that having expert reports available at the time of mediation
12  will increase the chances that mediation will be successful.  Thus, it is desirable to postpone
13  mediation.  In that regard, the parties and the mediator are all available on January 8, 2014;
14  WHEREAS, in light of the current circumstances, the parties believe it is in the interests of
15  justice to extend the existing deadlines for expert discovery, in addition to the scheduled date for
16  mediation and the hearing for Plaintiffs' Motion for Partial Summary Judgment.  These deadlines
17  will not affect the existing deadline of January 30, 2014 for the parties to file motions for class
18  certification and/or dispositive motions;
19  IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:
20  1.   Upon the approval of the Court, Plaintiffs' deadline to produce the damages expert
21  report from designated expert witness Robert Fountain is extended to November 25, 2013;
22  2.   Defendant's deadline to produce its rebuttal expert damages report is extended to
23  December 16, 2013;
24  3.   The parties' damages expert deposition deadline is extended to January 10, 2014.
25  4.   The mediation deadline is extended to January 15, 2014;
26  5.   The hearing date for Plaintiffs' Motion for Partial Summary Judgment is extended
27  to January 23, 2014;
28  6.   The expert discovery deadline shall be January 10, 2014;

7. The deadline for filing class certification and dispositive motions remains January 30, 2014.

Dated: November 15, 2013        Respectfully submitted,

By: */s/ Raymond C. Fay*

Raymond C. Fay
Fay Law Group PLLC
1250 Connecticut Avenue, NW Suite 200
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997
Email:    rfay@faylawdc.com

Bruce E. Menken
Jason Rozger
BERANBAUM MENKEN LLP
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone: (212) 509-1616
Facsimile: (212) 509-8088
Email:    bmenken@nyemployeelaw.com
          jrozger@nyemployeelaw.com

*Attorneys for Plaintiffs and Proposed Class*

Dated: November 15, 2013

By: */s/ Dominick Capozzola*

Dominick Capozzola (SBN 217381)
Carolyn B. Hall (SBN 212311)
Jocelyn A. Merced, *Pro Hac Vice*
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    (415) 442-4810
Facsimile:    (415) 442-4870
Email: dominick.capozzola@ogletreedeakins.com
       carolyn.hall@ogletreedeakins.com
       jocelyn.merced@ogletreedeakins.com

*Attorneys for Defendant SimplexGrinnell LP*

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  November 15, 2013          By: */s/ Dominick Capozzola*
                                   Dominick C. Capozzola
                                   OGLETREE, DEAKINS, NASH,
                                      SMOAK & STEWART, P.C.
                                   Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED:   November 18, 2013                         _____
                                                  Honorable Jon S. Tigar
                                                  United States District Court Judge