Laura L. Ho (SBN 173179)
James Kan (SBN 240749)
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

*Attorneys for Plaintiffs and Proposed Class*
(Additional Counsel on Signature Page)

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
10 Madison Ave., Suite 400
Morristown, NJ 07690
Telephone:    (973) 656-1600
Facsimile:     (973) 656-1611

*Attorneys for Defendant SimplexGrinnell LP*
(Additional Counsel on Signature Page)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DARREN SCOTT, and JOHN HOTZLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMPLEXGRINNELL LP,<br><br>Defendants. | Case No. 11-1854 JST<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL ORDER** |

1  Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs and Defendant SimplexGrinnell LP
2  hereby stipulate as follows:
3  WHEREAS, the current pretrial Order provides for a mediation deadline of January 15,
4  2014;
5  WHEREAS, the parties have completed all fact discovery and nearly concluded expert
6  discovery;
7  WHEREAS, there are several substantive and dispositive motions pending before the court
8  that require additional briefing; namely, Defendant's motions to strike Plaintiffs' experts' reports
9  and preemptive motion to deny class certification;
10  WHEREAS, there is a dispositive motion pending before the court that is fully briefed;
11  namely, Plaintiffs' motion for partial summary judgment;
12  WHEREAS, the parties have discussed their respective settlement positions with the
13  mediator and all agree that the resolution of the pending motions is necessary before there can be a
14  reasonable chance of settlement; and
15  WHEREAS, the resolution of these motions and Plaintiffs' expected motion for class
16  certification will likely lead the parties to more constructively engage in mediation;
17  It is hereby stipulated and agreed by the Parties, if the Court approves, that the parties'
18  expert deposition and mediation deadlines are extended, as follows:

    1. Mediation Deadline: 5/16/14

    2. The briefing and hearing schedule contained in the Court's January 2, 2014 Order shall remain in effect.

Dated: January 7, 2014                                    Respectfully submitted,

                                            By:     ___/s/ *James Kan*_____
                                                    Laura L. Ho (SBN 173179)
                                                    James Kan (SBN 240749)
                                                    GOLDSTEIN, BORGEN, DARDARIAN & HO
                                                    300 Lakeside Drive, Suite 1000
                                                    Oakland, CA 94612
                                                    Telephone: (510) 763-9800
                                                    Facsimile: (510) 835-1417

Raymond C. Fay (*Admitted Pro Hac*)
THE FAY LAW GROUP PLLC
1250 Connecticut Avenue, NW Suite 100
Washington, DC 20036
Telephone: (202) 263-4604
Bruce E. Menken
Jason J. Rozger
BERANBAUM MENKEN LLP
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone: (212) 509-1616
Facsimile: (212) 509-8088
Email: bmenken@nyemployeelaw.com
   jrozger@nyemployeelaw.com

*Attorneys for Plaintiffs and Proposed Class*

Dated:  January 7, 2014

By: ____/s/ Dominick Capozzola____
Carolyn B. Hall (SBN No. 212311)
Robert B. Roginson
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    (415) 442-4810
Facsimile:    (415) 442-4870
carolyn.hall@ogletreedeakins.com

Dominick C. Capozzola (SBN 217381)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Madison Ave., Suite 400
Morristown, NJ 07690
Telephone:    (973) 656-1600
Facsimile:    (973) 656-1611
dominick.capozzola@ogletreedeakins.com

*Attorneys for Defendant SimplexGrinnell LP*

**[PROPOSED] ORDER**

Pursuant to Stipulation of the Parties, IT IS SO ORDERED.

Dated:     January 8, 2014            _____
                                      Hon. Jon S. Tigar
                                      United States District Court
                                      Northern District of California

505807.1

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

January 7, 2014                                By:      /s/ *James Kan*

                                                    GOLDSTEIN, BORGEN, DARDARIAN & HO
                                                    *Attorneys for Plaintiffs*

12957578.1 (OGLETREE)

505807.1