UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON C. BENNETT, et al.,

    Plaintiffs,

v.

SIMPLEXGRINNELL LP,

    Defendant.

Case No. 11-cv-01854-JST

**ORDER VACATING HEARING**

Re: ECF Nos. 137, 175

    A hearing on Plaintiffs' motion for partial summary judgment and Defendant's motion to strike the expert report of Douglas Nareau is scheduled for January 23, 2014. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motions are under submission.

    **IT IS SO ORDERED.**

Dated: January 15, 2014

_____
JON S. TIGAR
United States District Judge