UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON C. BENNETT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SIMPLEXGRINNELL LP,<br><br>　　　　　Defendant. | Case No.  11-cv-01854-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 204 |

　　　A hearing on SimplexGrinnell's motion to enforce the Court's order as to expert discovery is scheduled for April 24, 2014.  As the motion is suitable for determination without oral argument, the hearing is VACATED.  See Civil L.R. 7-1(b).  The motion is under submission.

　　　**IT IS SO ORDERED.**

Dated: April 14, 2014

_____
JON S. TIGAR
United States District Judge