Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
James Kan (SBN 240749)
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiffs
(*additional counsel on signature page*)

Carolyn B. Hall (SBN 212311)
carolyn.hall@ogletreedeakins.com
Robert B. Roginson (SBN 185286)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Tel: (415) 442-4810
Fax: (415) 442-4870

Attorneys for Defendant
SIMPLEXGRINNELL L.P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DARREN SCOTT, and JON HOTZLER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>SIMPLEXGRINNELL LP,<br><br>    Defendant. | Case No.: 11-1854 JST (NJV)<br><br>[PROPOSED] **ORDER PERMITTING PLAINTIFFS TO FILE A FOURTH AMENDED COMPLAINT AND MODIFYING PRETRIAL ORDER**<br><br>Complaint Filed:                    4/18/2011<br>First Amended Complaint Filed:   6/27/2011<br>Second Amended Complaint filed:  6/26/2012<br>Third Amended Complaint Filed:   7/17/2013<br><br>Trial Date:    None Set<br>Judge:         Hon. Jon. S. Tigar |

[PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE A FOURTH AMENDED COMPLAINT
AND MODIFYING PRETRIAL ORDER – CASE NO. 11-11854 JST (NJV)

519520.2

1     Pursuant to Stipulation of the Parties, IT IS ORDERED that the schedule in this case is revised
2 as follows:

3     1.    Plaintiffs shall file their Fourth Amended Complaint within 3 days of the date of this
4         Order.

5     2.    Defendant shall file its Answer to the Fourth Amended Complaint within 15 days of the
6         date of this Order.

7     3.    Plaintiffs Backlund and Valdez shall respond to any Interrogatories and Requests for
8         Production of Documents within 15 days of receipt of same and appear for their
9         depositions on or before June 20, 2014.

10    4.    The deadline for all parties to file dispositive motions, motions relating to class
11        certification, and *Daubert* motions shall be July 18, 2014.

12    5.    Mediation Deadline: September 12, 2014.

13    6.    Hearing on Class Certification, *Daubert*, and Dispositive Motions: September 25, 2014.

15 Dated: April 29, 2014



Hon. Jon S. Tigar
United States District Judge, Northern District of California

IT IS SO ORDERED
Judge Jon S. Tigar

1

[PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE A FOURTH AMENDED COMPLAINT
AND MODIFYING PRETRIAL ORDER – CASE NO. 11-11854 JST (NJV)

519520.2