UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON C. BENNETT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SIMPLEXGRINNELL LP,<br><br>    Defendant. | Case No. 11-cv-01854-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 227 |

A hearing on SimplexGrinnell's motion for certification of an order for interlocutory appeal is scheduled for August 28, 2014. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED.**

Dated: August 14, 2014

_____
JON S. TIGAR
United States District Judge