1  Laura L. Ho (SBN 173179)
   lho@gbdhlegal.com
2  James Kan (SBN 240749)
   jkan@gbdhlegal.com
3  GOLDSTEIN, BORGEN, DARDARIAN & HO
   300 Lakeside Drive, Suite 1000
4  Oakland, CA  94612
   Tel:  (510) 763-9800
5  Fax:  (510) 835-1417

6  Attorneys for Plaintiffs
   (*additional counsel on signature page*)
7
   Carolyn B. Hall (SBN 212311)
8  carolyn.hall@ogletreedeakins.com
   Robert B. Roginson (SBN 185286)
9  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
10 One Market Plaza
   San Francisco, CA  94105
11 Tel:  (415) 442-4810
   Fax:  (415) 442-4870
12
   Attorneys for Defendant
13 SIMPLEXGRINNELL L.P.

14          **UNITED STATES DISTRICT COURT**

15         **NORTHERN DISTRICT OF CALIFORNIA**

16            **SAN FRANCISCO DIVISION**

17 DON C. BENNETT, COMERLIS DELANEY,        Case No.: 11-1854 JST (NJV)
   GARY ROBINSON, DARREN SCOTT, JON
18 HOTZLER, GARY CHARLES BACKLUND,          **[PROPOSED] ORDER CONTINUING
   and JOSE D. VALDEZ on behalf of themselves  TELEPHONIC STATUS CONFERENCE ON
19 and all others similarly situated,        JOINT DISCOVERY LETTER BRIEF**

20          Plaintiffs,                       Complaint Filed:                4/18/2011
                                              First Amended Complaint Filed:  6/27/2011
21 vs.                                        Second Amended Complaint filed: 6/26/2012
                                              Third Amended Complaint Filed:  7/17/2013
22 SIMPLEXGRINNELL LP,                        Fourth Amended Complaint Filed: 5/02/2014

23          Defendant.                        Trial Date:     None Set
                                              Judge:          Hon. Jon. S. Tigar
24

25

26

27

28

548904.2

1    Pursuant to Stipulation of the Parties, IT IS ORDERED that the telephonic status conference

2  for the Parties' Joint Discovery Letter Brief (ECF No. 235) is continued to September 23, 2014 at

3  1:00 p.m.

4

5  Dated: September 16, 2014

   _____
6  Hon. Nandor J. Vadas
   United States District Court
7  Northern District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

548904.2