United States District Court
Northern District of California

1
2
3
4     UNITED STATES DISTRICT COURT
5     NORTHERN DISTRICT OF CALIFORNIA
6     EUREKA DIVISION
7
8     DON C. BENNETT, *et al*.,

      Plaintiffs,                    Case No.  11-cv-01854-JST   (NJV)

      v.                             **ORDER**

      SIMPLEXGRINNELL LP,            Re: Dkt. No. 235

      Defendant.

This matter came on for hearing on October 21, 2014 at 2:00 p.m. before the Honorable Nandor J. Vadas, Judge presiding.  Carolyn Hall appeared on behalf of Defendant and James Kan appeared on behalf of Plaintiffs.

After considering the arguments of the parties, and for good cause shown, the Court hereby extends Plaintiffs' deadline to serve supplemental responses to Defendant's Interrogatories 1, 9, 11, and 12 served on Plaintiffs Gary Charles Backlund and Jose Valdez.  The Court orders Plaintiffs to serve those supplemental responses no later than 4:00 p.m. on November 4, 2014.  The Court also orders Plaintiffs to serve Defendant with a summary of their responses, to the extent completed at that time, no later than noon on October 27, 2014.

**IT IS SO ORDERED**.

Dated: October 23, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge