UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON C. BENNETT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SIMPLEXGRINNELL LP,<br><br>    Defendant. | Case No.  11-cv-01854-JST<br><br>**ORDER CONTINUING LITIGATION DEADLINES**<br><br>Re: ECF No. 260 |

The parties have filed a notice of settlement.  See ECF No. 260.  Accordingly, all deadlines and hearings in this case are CONTINUED by sixty days and the hearings scheduled for December 4, 2014 shall be reset to February 5, 2015 at 2:00 p.m.  The parties' motion for preliminary approval of their class action settlement shall be filed by December 15, 2014.  The filing of that motion will have the effect of vacating all other case deadlines and the February 5 hearing.

IT IS SO ORDERED.

Dated:  November 4, 2014

_____
JON S. TIGAR
United States District Judge