1 | Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
2 | James Kan (SBN 240749)
jkan@gbdhlegal.com
3 | GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
4 | Oakland, CA  94612
Tel:  (510) 763-9800
5 | Fax:  (510) 835-1417

6 | Attorneys for Plaintiffs
(*additional counsel on signature page*)
7 |
Carolyn B. Hall (SBN 212311)
8 | carolyn.hall@ogletreedeakins.com
Robert B. Roginson (SBN 185286)
9 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
10 | One Market Plaza
San Francisco, CA  94105
11 | Tel:  (415) 442-4810
Fax:  (415) 442-4870
12 |
Attorneys for Defendant
13 | SIMPLEXGRINNELL L.P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| DON C. BENNETT, COMERLIS DELANEY, GARY ROBINSON, DARREN SCOTT, JON HOTZLER, GARY CHARLES BACKLUND, and JOSE D. VALDEZ on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>SIMPLEXGRINNELL LP,<br><br>    Defendant. | Case No.: 11-1854 JST (NJV)<br><br>**ORDER CONTINUING PLAINTIFFS' DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed:                                 4/18/2011<br>First Amended Complaint Filed:    6/27/2011<br>Second Amended Complaint filed: 6/26/2012<br>Third Amended Complaint Filed:   7/17/2013<br>Fourth Amended Complaint Filed: 5/02/2014<br><br>Trial Date:     None Set<br>Judge:           Hon. Jon S. Tigar |

1  Pursuant to Stipulation of the Parties, IT IS ORDERED that the Parties' deadline to file a
2  motion for preliminary approval of a class action settlement is continued to December 30, 2014.  All
3  other dates shall remain in effect and the filing of the motion for preliminary approval will have the
4  effect of vacating all other case deadlines and the February 5, 2015 hearing.
5  In the event the Parties are unable to file their motion by the December 30, 2014 deadline, the
6  Court will set a Case Management Conference for January  28 , 2015 at  2:00 p.m.
7  for the Parties to appear and update the Court on the status of negotiations and the motion.

9  Dated: December 15, 2014

Hon. Jon S. Tigar
United States District Court
Northern District of California

---

1

ORDER CONTINUING DEADLINE TO FILE MOTION - CASE NO. 11-11854 JST (NJV)

558694.4