UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON C. BENNETT, et al.,

    Plaintiffs,

v.

SIMPLEXGRINNELL LP,

    Defendant.

Case No. 11-cv-01854-JST

**ORDER VACATING HEARING**

Re: ECF No. 264

Before the Court is Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. ECF No. 264. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for February 5, 2015, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 26, 2015

                JON S. TIGAR
           United States District Judge